IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

EDWIN JAVIER ORTIZ DIAZ
Debtor

BANCO POPULAR DE PUERTO RICO
Movant

EDIWN JAVIER ORTIZ DIAZ

Respondent

CASE NO 24-01096 ESL

CHAPTER 13

## DEBTOR'S REQUEST FOR AN EXTENSION OF TIME TO FILE SETTLEMENT AGREEMENT DOCKET NO. 94

TO THE HONORABLE COURT:

**NOW COMES, EDWIN JAVIER ORTIZ DIAZ,** the Debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. On May 18, 2026, Banco Popular de Puerto Rico ("BPPR") filed a motion requesting that stay be lifted (Docket No. 86), stating that the Debtor is in arrears in the post-petition direct mortgage loan payments to said creditor in the sum of $4,166.62. *See*: *Motion For Relief of Automatic Stay*, at Page 2, Paragraph 4 (Docket No. 86).

2. On June 01, 2026 the Debtor filed his reply to BPPR's motion for relief of the automatic stay (Docket No. 92) admitting to the post-petition arrearage and requesting additional time within to obtain the funds to cure the aforementioned post-petition mortgage loan arrears owed to BPPR.

3. On June 16, 2026, BPPR filed a *Motion for Scheduling of Final Hearing* (Docket No. 93) stating that the Parties are engaged in the process of reaching an agreement to

resolve the contested matter and requesting the Court for a scheduling of a final hearing in the above captioned Index.

4. On June 15, 2026, the Court issued an *ORDER* (Docket No. 94) whereby BPPR's motion (Docket No. 93) was granted (the hearing was continued without a date) and the Parties were granted thirty (30) days to file a settlement agreement or otherwise move the Court. *See*: *ORDER* (Docket No. 94)

5. The Debtor respectfully states that the Parties have reached an agreement that will resolve all controversies between them.

6. However, both Counsel's offices personnel are/will be out of their respective offices during a brief summer vacations period. Thus, the Debtor respectfully requests the Court to grant the Parties additional time within to file the aforestated settlement agreement.

7. The Debtor respectfully states that BPPR has given its acquiescence for the herein requested extension of time.

8. Therefore, the Debtor respectfully requests an extension of time of fourteen (14) days for the Parties to file a settlement agreement or move the Court otherwise. This extension of time to expire on August 04, 2026.

**WHEREFORE**, based on the aforestated, the Debtor respectfully requests this Honorable Court grant the requested extension of time, in the above captioned case.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system, which will send notification of same to: the Chapter 13 Trustee, Osmarie Navarro Martinez, Esq.; Carlos G. Batista Jiménez, Esq., Counsel for BPPR; I also certify that a copy of this motion was sent via regular mail to the

Debtor/Respondent Edwin Javier Ortiz Diaz, HC 04 Box 44952 Caguas PR 00725.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, 21st day of July, 2026.

*/s/Roberto Figueroa Carrasquillo*
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR the DEBTOR/RESPONDENT
PO BOX 186 CAGUAS PR 00726-0186
TEL NO 787-744-7699 787-963-7699
Email: rfc@rfigueroalaw.com